BEFORE THE SECOND DIVISION, NOVEMBER 13, 1958

**No. 62440.**—Atwood Vacuum Machine Co. *v.* United States, protests 249264–K/ 6592, 252349–K/6697, and 252350–K/6698 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of plate steel similar in all material respects to that the subject of Abstract 61049, the claim of the plaintiff was sustained.